# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00407-CV

**Innovative Marketing Group, Appellant**

**v.**

**Dell Marketing, LP, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN503917, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Innovative Marketing Group and Dell Marketing, L.P., have filed a Joint Motion to Dismiss stating that they no longer wish to prosecute their claims in this appeal. We grant their motion and dismiss this appeal.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Joint Motion

Filed:   January 24, 2008